# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT H. SPAHR, #1005122 | ) ) ) | |
| Plaintiff, | ) ) | 3:12-cv-00209-LRH-WGC |
| vs. | ) ) | **ORDER** |
| JORDAN ANDERSON, *et al.*, | ) ) | |
| Defendants. | ) / | |

On May 11, 2012, the court issued a Screening Order directing that certain claims set forth in plaintiff's complaint may proceed and granting him leave to amend certain claims (ECF #3). The order was served on plaintiff at his address of record. However, on June 22, 2012, this court received correspondence from plaintiff that suggests that he may not have received the order dated May 11, 2012. Out of an abundance of caution, the Clerk of Courts is directed to re-send the order dated May 11, 2012 to plaintiff at his address of record. Plaintiff shall have thirty (30) days from the date this order is entered to file his amended complaint, if any.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** to plaintiff one copy of the Screening Order dated May 11, 2012 (ECF #3).

1       **IT IS FURTHER ORDERED** that plaintiff will have **thirty (30) days** from the date that
2  this order is entered to file his amended complaint, if he believes he can correct the deficiencies noted
3  in the Screening Order dated May 11, 2012.
4       **IT IS FURTHER ORDERED** that the Clerk shall send to plaintiff a blank section 1983
5  civil rights complaint form with instructions along with one copy of the original complaint.
6       **IT IS FURTHER ORDERED** that plaintiff is expressly cautioned that if he does not
7  timely file an amended complaint in compliance with this order, this case shall proceed as otherwise set
8  forth in the Screening Order dated May 11, 2012.

11      DATED this 13th day of September, 2012.

                                                              */s/ William G. Cobb*
                                                              UNITED STATES MAGISTRATE JUDGE