UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

ROBERT H. SPAHR,                                )
                                                )
        Plaintiff,                              )        3:12-cv-00209-LRH-WGC
                                                )
v.                                              )
                                                )        O R D E R
JORDAN ANDERSON, *et al.*,                      )
                                                )
        Defendants.                             )
_____)

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#39[1]) entered on August 15, 2013, recommending denying Plaintiff's Motion to File First Amended Complaint With or Without Leave (#28) filed on June 10, 2013. No objections to the Report and Recommendation have been filed.

Also before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#40) entered on August 15, 2013, recommending denying Plaintiff's Request for Emergency Restraining Order (#21) filed on April 19, 2013. No objections to the Report and Recommendation have been filed.

The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to court's docket number.

1  The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Reports and Recommendations (#39 and #40) entered on August 15, 2013, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Reports and Recommendations (#39 and #40) entered on August 15, 2013, are adopted and accepted, and Plaintiff's Motion to File First Amended Complaint With or Without Leave (#28) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Request for Emergency Restraining Order (#21) is DENIED.

IT IS SO ORDERED.

DATED this 25th day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE