UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ROBERT H. SPAHR, ) | |
| ) | |
| Plaintiff, ) | 3:12-cv-00209-LRH-WGC |
| ) | |
| v. ) | |
| ) | O R D E R |
| JORDAN ANDERSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#49[1]) entered on February 28, 2014, recommending granting Defendants' Motion for Summary Judgment (#43) filed on September 23, 2013. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#50) on March 13, 2014. Defendants filed their Response to Plaintiff's [#50] Objections to Magistrate Judge's Report and Recommendation (#52) on March 27, 2014. Plaintiff filed a reply (#53) on April 11, 2014. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of Defendants, the pleadings and memoranda of the parties and other relevant

---

[1]Refers to court's docket number.

matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#49) entered on February 28, 2014, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#49) entered on February 28, 2014, is adopted and accepted, and Defendants' Motion for Summary Judgment (#43) is GRANTED.

IT IS SO ORDERED.

DATED this 18th day of June, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE